UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES RICHARD ECRET, | ) |
| | ) |
| Plaintiff, | ) CASE NO. C07-171RSL |
| | ) |
| v. | ) ORDER DENYING LEAVE TO |
| | ) PROCEED IN FORMA PAUPERIS |
| CITY OF BLACK DIAMOND, et al., | ) |
| | ) |
| Defendants | ) |
| | ) |

Plaintiff, who is represented by counsel, has filed an application for leave to proceed *in forma pauperis* ("IFP") in this civil case. On February 12, 2007, this Court issued a Minute Order notifying Plaintiff of deficiencies in his IFP application and ordering Plaintiff to correct the deficiencies within thirty (30) days from the date of the Order. To date, Plaintiff has not complied with the Court's Order. Plaintiff's application to proceed IFP is therefore DENIED. The Clerk shall file the complaint only upon receipt of the usual filing fee.

//

//

ORDER DENYING LEAVE TO
PROCEED IN FORMA PAUPERIS
Page - 1

1     If no filing fee is paid within fifteen days of the date of this Order, the Clerk shall close the file. The clerk shall send a copy of this Order to Plaintiff's counsel, and to Magistrate Judge Monica J. Benton.

    DATED this 15th day of March, 2007.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

Recommended for Entry
this 15th day of March, 2007.

    /s/Monica J. Benton
MONICA J. BENTON
United States Magistrate Judge

ORDER DENYING LEAVE TO
PROCEED IN FORMA PAUPERIS
Page - 2